IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JIMMIE L. YOUNGBLOOD,**

*Plaintiff*,

v.                                                                Case No.: 4:25cv249-MW/MJF

**FLORIDA DEPARTMENT OF
CORRECTIONS,**

*Defendant*.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to comply with Court Orders and failure to prosecute." The Clerk shall close the file.

SO ORDERED on September 8, 2025.

s/Mark E. Walker                    ____
**United States District Judge**